433 A.2d 556

Bristol Township v. Taylor, Appellants.

Submitted December 5, 1980.   Charles O. Marte, Jr., for appellants;  Leonard Sokolove, for appellee.

Before HESTER, SHERTZ and WIEAND, JJ.

Judgment of sentence affirmed.

433 A.2d 556

Commonwealth v. Blake, Appellant.

Petition for Allowance of Appeal Denied Sept. 23, 1981.

Submitted November 14, 1980.   Henry Gent, III, for appellant;  F. Walter Bloom, III, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and SHERTZ and WIEAND, JJ.

The order is affirmed on the comprehensive opinion of Judge Breene.

WIEAND, J., filed a memorandum concurring opinion.